UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2019

------------------------------------------------------------ X
                                     :

UNITED STATES OF AMERICA,         :

         :

         :       16-cr-312-1 (LGS)

      -against-        :

         :      **ORDER**

JOSE SANTANA,         :

                Defendant.  :

------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the November 26, 2019, 11:00 a.m. Preliminary Revocation

Hearing will be on **November 26, 2019, at 11:45 a.m.**

Dated:  November 22, 2019
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE