UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
   UNITED STATES OF AMERICA

                        Plaintiff,

                        16 Cr. 312 (LGS)

           -against-

                        ORDER

   JOSE SANTANA,

                     Defendant,

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the parties shall submit file a status letter appraising the Court of the status of this matter on **May 15, 2020** and **every 45 days thereafter.**

Dated: April 3, 2020
       New York, New York

                                                             **LORNA G. SCHOFIELD**
                                                **UNITED STATES DISTRICT JUDGE**