UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                    Plaintiff,              :
                                                            :         16 Cr. 312 (LGS)
            -against-                                       :
                                                            :         ORDER
JOSE SANTANA,                                               :
                                    Defendant,              :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS the parties were directed to file a status letter on May 15, 2020 and no letter has been filed. It is hereby

**ORDERED** that the parties shall file a status letter appraising the Court of the status of this matter by May 21, 2020.

Dated: May 19, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**