**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 15, 2020

**BY ECF AND EMAIL**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square Room 201
New York, New York 10007

> Application Granted. The parties shall file a joint status letter on **September 3, 2020**. The Clerk of the Court is directed to terminate the letter motion at docket number 45.
>
> Dated: July 21, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**Re:  United States v. Jose Santana**
      **16 Cr. 312 (LGS)**

Dear Judge Schofield:

    I respectfully write on behalf of the parties in response to the Court's Order dated May 22, 2020, to provide the Court with information regarding the status of Mr. Santana's pending state case. I have been advised by Mr. Santana's state court defense attorney that motions have been filed in his state case, however, the State has not yet completed discovery. As has been the practice of the State Court during the pandemic, Mr. Santana's case has been adjourned to August 11, 2020. The defense attorney is anxious to speak with an assistant District Attorney to discuss possible resolution of the case, but has not yet done so.

    The parties respectfully request another adjournment of the violation of supervised release until early September, at which time we will provide an additional update to the Court. Mr. Santana remains incarcerated.

Respectfully submitted,

/s/
Robert M. Baum
Assistant Federal Defender

cc: David Denton, Esq.
    Assistant United States Attorney