**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 8, 2021

**BY ECF AND EMAIL**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square Room 201
New York, New York 10007

**Re:  United States v. Jose Santana**
      **16 Cr. 312 (LGS)**

Dear Judge Schofield:

I respectfully write on behalf of the parties in response to the Court's Order dated February 8, 2021, to provide the Court with information regarding the status of Mr. Santana's pending state case as it relates to his violation of supervised release pending before Your Honor. I have been advised by Mr. Santana's state court defense attorney that motions have been filed in his state case, and the Parties have commenced discussions in an attempt to reach a resolution of the charges. Mr. Santana remains incarcerated in State custody.

The parties respectfully request another adjournment of the violation of supervised release, of approximately 60 days, at which time we will provide an additional update to the Court.

Application Granted.  The parties shall file a joint status letter on **June 9, 2021.**  The Clerk of the Court is directed to terminate the letter motion at docket number 53.

Dated: April 9, 2021
New York, New York

Respectfully submitted,

*Robert M. Baum*
Robert M. Baum
Assistant Federal Defender

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

cc: David Denton, Esq.
    Assistant United States Attorney