UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                        Plaintiff,         :
                                                            :     16 Cr. 312 (LGS)
          -against-                                       :
                                                            :     ORDER
JOSE SANTANA,                                               :
                        Defendant,         :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS the defendant is scheduled to admit and be sentenced on Specification 12 of the charge of violating the conditions of his supervised release on August 3, 2021.

WHEREAS during the pendency of these violation proceedings, the defendant has spent custodial time in both state and federal jurisdictions. It is hereby,

**ORDERED** that the parties shall be prepared to state the exact number of days the defendant has spent in custody in each jurisdiction, whether there is any overlap between the two custodial terms, and whether any of it counts towards any custodial sentence the Court might impose in this case.

Dated: August 2, 2021
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE