UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
UNITED STATES OF AMERICA,
                      Plaintiff,

       -against-

JOSE SANTANA,
                      Defendant,
------------------------------------------------------------X

16 Cr. 312 (LGS)

**RELEASE ORDER**

LORNA G. SCHOFIELD, District Judge:

    WHEREAS Defendant JOSE SANTANA was sentenced on August 3, 2021, to a term of "TIME SERVED." It is hereby **ORDERED** that defendant JOSE SANTANA shall be released from the custody of the United States Marshal Service.

    SO ORDERED.

Dated: August 3, 2021
New York, New York

                                        LORNA G. SCHOFIELD
                                        United States District Judge